**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TV TOKYO CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 25-cv-1701 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | Judge Jorge L. Alonso  Magistrate Judge Laura K. McNally |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN AMENDED SCHEDULE A**

Plaintiff TV TOKYO CORPORATION hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants as identified by defendant number and name in Amended Schedule A attached hereto as Exhibit A. Plaintiff files herewith a Memorandum of Law in support. On April 29, 2025, Defendant No. 11 "HoodieShow Store" filed an Appearance and Motion for an Extension of Time to Answer the Complaint [Dkt. Nos. 43, 44] which was granted on May 7, 2025. [Dkt. No. 46]. Plaintiff and Defendant No. 11 "HoodieShow Store" have resolved this matter in principle and has been excluded from this motion. Also excluded from this motion are Defendants who have been dismissed from this matter. Plaintiff's Motion for entry of Default and Default Judgment disposes of all remaining defendants.

Respectfully submitted,

Dated: May 23, 2025

By:    <u>s/Michael A. Hierl</u>
       Michael A. Hierl (Bar No. 3128021)
       William B. Kalbac (Bar No. 6301771)
       Robert P. McMurray (Bar No. 6324332)
       John Wilson (Bar No. 6341294)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       <u>mhierl@hsplegal.com</u>
       Attorneys for Plaintiff
       TV TOKYO CORPORATION

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on May 23, 2025.

/s/ Michael A. Hierl
Michael A. Hierl