## AMENDED SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | maomingshixiongfeishangmaoyouxiangongsi |
| 2 | nanchangwuqiangshangmaoyouxiangongsi |
| 3 | apparel.quymart |
| 5 | chonkymy |
| 8 | elevenGK |
| 9 | FM-ANIME |
| 10 | HachiCorp |
| 12 | Manlescosplay |
| 13 | Albertocubatas |
| 14 | Petmallco |
| 15 | Xavi's World |
| 16 | YOIYEN |
| 17 | GUAN-RUN HAO |
| 18 | LMUMU |
| 19 | MagicVina-US |
| 20 | Putian Chengxiang District Zhanyouhua Trade Co., L |
| 21 | sanzhiyin |
| 22 | Sky Mirrors Ctd |
| 23 | xingzhanwujindian |
| 24 | yufengde |
| 26 | Amazing Hoodies |
| 27 | Anime Desk Mat |
| 28 | ASCL Center |
| 29 | CASEFAMOUSE |
| 30 | Casespice |
| 31 | cosercosplay |
| 32 | DECALZ |
| 33 | doteygirl |
| 34 | EzCustomcar |
| 36 | flazzstoreindonesia |
| 37 | gymgasm |
| 38 | hirosarts |
| 39 | Jarcase |
| 40 | littleowh |
| 42 | myanimekeycaps |
| 43 | NOXFAN |
| 44 | Orange Fox Custom |
| 45 | printitize |
| 46 | QThandmade |
| 47 | spreepicky |

Case: 1:25-cv-01701 Document #: 52-1 Filed: 05/23/25 Page 2 of 2 PageID #:1059

**AMENDED SCHEDULE A**