**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 25-cv-1701<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Laura K. McNally |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, May 28, 2025, at 9:50 a.m., Plaintiff, by

its counsel, shall appear before the Honorable Jorge L. Alonso, and present Plaintiff's Motion for

Entry of Default and Default Judgment Against the Defendants Identified in Amended Schedule

A.

                               Respectfully submitted,

Dated:  May 23, 2025

                            By:    s/Michael A. Hierl
                                     Michael A. Hierl (Bar No. 3128021)
                                     William B. Kalbac (Bar No. 6301771)
                                     Robert P. McMurray (Bar No. 6324332)
                                     John Wilson (Bar No. 6341294)
                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                     Three First National Plaza
                                     70 W. Madison Street, Suite 4000
                                     Chicago, Illinois 60602
                                     (312) 580-0100 Telephone
                                     mhierl@hsplegal.com
                                     Attorneys for Plaintiff
                                     TV TOKYO CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 23, 2025.

s/Michael A. Hierl
Michael A. Hierl