IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, | ) |
| | ) |
| | ) Case No. 25-cv-1701 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge Jorge L. Alonso |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS, AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED ON | ) |
| SCHEDULE A HERETO, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 11**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TV TOKYO CORPORATION hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motions are pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 11 | HoodieShow Store |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: June 9, 2025

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
TV TOKYO CORPORATION

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 9, 2025.

                                                                     s/Michael A. Hierl